**STATE of Missouri, Respondent,**

v.

**Billy Jay PALMER, Appellant.**

**No. WD 53642.**

Missouri Court of Appeals,
Western District.

Sept. 30, 1997.

Emmett Queener, Asst. Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

BEFORE ULRICH, C.J., P.J., and SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Billy Jay Palmer appeals the circuit court's judgment convicting him of stealing over $150. We affirm. Rule 30.25(b).